UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MAURICE DAVIS, | Case No. 14-cv-04459-BLF |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER REQUIRING RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** |
| FOOTHILL COLLEGE, et al., | |
| Defendants. | [Re: ECF 36] |

On February 3, 2015, *pro se* Plaintiff Maurice Davis filed a "Motion for an Immediate (Emergency) Temporary Restraining Order." ECF 36. Defendant is HEREBY ORDERED to respond to Plaintiff's motion **by noon on February 6, 2015**. No hearing will be held on Plaintiff's motion unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: February 3, 2015

BETH LABSON FREEMAN
United States District Judge